Frederick W. SMITH, Jr., Plaintiff Below, Appellant,

v.

CONNECTIONS CSP, INC. and Katherine Adescemolu, Defendants Below, Appellees.

No. 315, 2016

Supreme Court of Delaware.

Submitted: June 30, 2016
Decided: August 1, 2016
Rehearing En Banc Denied August 17, 2016

Court Below—Superior Court of the State of Delaware. C.A. No. N16C-03-279.

DISMISSED.

Cesar FLORES, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 37, 2016

Supreme Court of Delaware.

Submitted: June 1, 2016[1]
Decided: August 1, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID 1306011063

AFFIRMED.

Robert GARVEY, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 584, 2015

Supreme Court of Delaware.

Submitted: May 18, 2016
Decided: August 2, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 0107010230

AFFIRMED.